| | |
|---|---|
| 1 | James X. Bormes |
| 2 | LAW OFFICE OF JAMES X. BORMES, P.C.<br>Illinois State Bar No. 620268 |
| 3 | 8 South Michigan Avenue<br>Suite 2600 |
| 4 | Chicago, Illinois  60603<br>(312) 201-0575 |
| 5 | jxbormes@bormeslaw.com |
| 6 | **LEAD ATTORNEY IN CHARGE FOR PLAINTIFF AND CLASS MEMBERS** |
| 7 | Thomas M. Ryan |
| 8 | LAW OFFICE OF THOMAS M. RYAN, P.C.<br>Illinois State Bar No. 6273422 |
| 9 | 35 East Wacker Drive<br>Suite 650 |
| 10 | Chicago, Illinois  60601<br>(312) 726-3400 |
| 11 | Tom@tomryanlaw.com<br>Attorney for Plaintiff |
| 12 | LOCAL COUNSEL: |
| 13 | Michelle R. Matheson #019568<br>MATHESON & MATHESON, P.L.C. |
| 14 | 15300 North 90th Street<br>Suite 550 |
| 15 | Scottsdale, Arizona 85260<br>(480) 889-8951 |
| 16 | mmatheson@mathesonlegal.com<br>Attorney for Plaintiff |
| 17 | Glenn L. Briggs (*pro hac vice*) |
| 18 | Theresa A. Kading (*pro hac vice*)<br>Carmine J. Pearl, II (*pro hac vice*) |
| 19 | KADING BRIGGS LLP<br>100 Spectrum Center Drive, Suite 800 |
| 20 | Irvine, California 92618<br>Telephone:  (949) 450-8040 |
| 21 | Facsimile:   (949) 450-8033<br>gbriggs@kadingbriggs.com |
| 22 | tkading@kadingbriggs.com<br>cjpearl@kadingbriggs.com |
| 23 | Attorneys for Defendant<br>WELLS FARGO BANK, N.A. |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

JOINT NOTICE OF SETTLEMENT

1  LOCAL COUNSEL:
Pavneet Singh Uppal, SBN 016805
2  Shayna H. Balch, SBN 024852
FISHER & PHILLIPS LLP
3  3200 N. Central Avenue, Suite 805
Phoenix, Arizona 85012-2425
4  Telephone: (602) 281-3400
Facsimile: (602) 281-3401
5  puppal@fisherphillips.com
sbalch@fisherphillips.com
6
Attorneys for Defendant
7  WELLS FARGO BANK, N.A.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kenneth Harris, Jr. and Jordan Kerness, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>Wells Fargo Bank, N.A.,<br><br>    Defendant. | No.: 2:17-cv-01146-PHX-DJH<br><br>*consolidated with*<br><br>No. 2:17-cv-02516-PHX-DJH<br><br>**JOINT NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE THAT** Plaintiffs Kenneth Harris, Jr. and Jordan Kerness ("Plaintiffs") and defendant Wells Fargo Bank, N.A. ("Wells Fargo") (collectively, "the parties"), have reached a settlement of this entire (consolidated) case (*i.e.*, *Harris v. Wells Fargo*, Case No. 2:17-cv-01146-PHX-DJH and *Kerness v. Wells Fargo*, Case. No. 2:17-cv-02516-PHX-DJH).

The Parties have fully executed a Memorandum of Understanding that contains key terms of their settlement. The Parties are currently in the process of finalizing and executing a formal settlement agreement and preparing a Joint Motion to Approve Settlement and Dismiss the Action for the Court's consideration.

In the meantime, however, the Parties request that the Court vacate all pending deadlines and set an order to show cause regarding dismissal of this case no earlier than 90 days from the date of this filing.

The Parties and Counsel greatly appreciate the assistance provided by this

1

Court in this matter.

Date: October 19, 2018

| **ATTORNEYS FOR PLAINTIFF:** | **ATTORNEYS FOR DEFENDANT:** |
|---|---|
| /s/ Thomas M. Ryan | /s/ Theresa A. Kading |
| Thomas M. Ryan | Theresa A. Kading |
| Law Office of Thomas M. Ryan | Glenn L. Briggs |
| 35 East Wacker Drive | Carmine J. Pearl, II |
| Suite 650 | Kading Briggs LLP |
| Chicago, IL 60601 | 100 Spectrum Drive, Suite 800 |
| (312) 726-3400 | Irvine, CA 92618 |
| tom@tomryanlaw.com | (949) 450-8040 |
| | tkading@kadingbriggs.com |
| James X. Bormes | gbriggs@kadingbriggs.com |
| Catherine P. Sons | cjpearl@kadingbriggs.com |
| Law Office of James X. Bormes, P.C. | |
| 8 South Michigan Avenue | Pavneet S. Uppal |
| Suite 2600 | Shayna Helene Balch |
| Chicago, IL 60603 | Fisher & Phillips LLP |
| (312) 201-0575 | 3200 N. Central Ave., Suite 805 |
| jxbormes@bormeslaw.com | Phoenix, AZ 85012-2425 |
| | (602) 281-3400 |
| Michelle R. Matheson | puppal@fisherphillips.com |
| Matheson & Matheson, P.L.C. | sbalch@fisherphillips.com |
| 15300 North 90th Street | |
| Suite 550 | *Counsel for Wells Fargo Bank, N.A.* |
| Scottsdale, AZ 85260 | |
| (480) 889-8951 | |
| mmatheson@mathesonlegal.com | |
| *Counsel for Plaintiff* | |

2

JOINT NOTICE OF SETTLEMENT

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2018, I transmitted the attached document to counsel for Wells Fargo by CM/ECF and by U.S. Mail via the addresses listed below:

Theresa A. Kading
Glenn L. Briggs
C.J. Pearl
Kading Briggs LLP
100 Spectrum Center Drive, Suite 800
Irvine, CA 92618
tkading@kadingbriggs.com
gbriggs@kadingbriggs.com

Pavneet S. Uppal
Shayna Helene Balch
Fisher & Phillips LLP
3200 N. Central Ave., Suite 805
Phoenix, AZ
85012-2425
puppal@fisherphillips.com
sbalch@fisherphillips.com

/s/ Thomas M. Ryan
One of Plaintiff's Attorneys