James X. Bormes (*pro hac vice*)
Catherine P. Sons (*pro hac vice*)
LAW OFFICE OF JAMES X. BORMES, P.C.
Illinois State Bar No. 620268
8 South Michigan Avenue
Suite 2600
Chicago, Illinois  60603
(312) 201-0575
jxbormes@bormeslaw.com
cpsons@bormeslaw.com

**LEAD ATTORNEY IN CHARGE FOR
PLAINTIFF AND CLASS MEMBERS**

Thomas M. Ryan  (*pro hac vice*)
LAW OFFICE OF THOMAS M. RYAN, P.C.
Illinois State Bar No. 6273422
35 East Wacker Drive
Suite 650
Chicago, Illinois  60601
(312) 726-3400
tom@tomryanlaw.com
Attorney for Plaintiff

LOCAL COUNSEL:
Michelle R. Matheson #019568
MATHESON & MATHESON, P.L.C.
15300 North 90th Street
Suite 550
Scottsdale, Arizona 85260
(480) 889-8951
mmatheson@mathesonlegal.com
Attorney for Plaintiff

Glenn L. Briggs (*pro hac vice*)
Theresa A. Kading (*pro hac vice*)
KADING BRIGGS LLP
100 Spectrum Center Drive, Suite 800
Irvine, California 92618
Telephone:  (949) 450-8040
Facsimile:   (949) 450-8033
gbriggs@kadingbriggs.com
tkading@kadingbriggs.com

Attorneys for Defendant
WELLS FARGO BANK, N.A.

1  LOCAL COUNSEL:
Pavneet Singh Uppal, SBN 016805
2  Shayna H. Balch, SBN 024852
FISHER & PHILLIPS LLP
3  3200 N. Central Avenue, Suite 805
Phoenix, Arizona  85012-2425
4  Telephone:  (602) 281-3400
Facsimile:  (602) 281-3401
5  puppal@fisherphillips.com
sbalch@fisherphillips.com
6
Attorneys for Defendant
7  WELLS FARGO BANK, N.A.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KENNETH HARRIS, JR. and JORDAN KERNESS, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | No.: 2:17-cv-01146-PHX-DJH<br><br>Consolidated with<br><br>No. 2:17-cv-02516-PHX-DJH<br><br>**JOINT STIPULATION TO THE JURISDICTION OF A U.S. MAGISTRATE FOR RULING ON PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT AND MOTION FOR APPROVAL OF ATTORNEYS' FEES AND COSTS AND AWARD OF COLLECTIVE REPRESENTATIVE SERVICE PAYMENTS** |

    Plaintiffs Kenneth Harris, Jr. and Jordan Kerness ("Plaintiffs") and defendant Wells Fargo Bank, N.A. ("Wells Fargo") (collectively, "the parties"), by and through their respective counsel of record, after being apprised of the average civil caseload for District Court judges in the Phoenix Division, hereby submit this Joint Stipulation to the Jurisdiction of a U.S. Magistrate for purposes of ruling on Plaintiff's Unopposed Motion for Approval of the Parties' FLSA Collective Action Settlement and Plaintiff's

Unopposed Motion to Approve Attorneys' Fees, Reimbursement of Costs and Expenses, and Award of Collective Representative Service Payments.  This Stipulation is jointly filed by the parties, and by and through their respective counsel of record, with reference to the following facts and agreements:

WHEREAS, the parties have reached a collective-wide settlement in the two consolidated cases of *Harris v. Wells Fargo* (No. 2:17-cv-01446) and *Kerness v. Wells Fargo* (No. 2:17-cv-02516);

WHEREAS, on October 17, 2018 (ECF No. 80), the Court consolidated the *Harris v. Wells Fargo* and *Kerness v. Wells Fargo* actions for purposes of settlement only;

WHEREAS, Plaintiff filed the following documents in support of the settlement of *Harris v. Wells Fargo* and *Kerness v. Wells Fargo*:

- Plaintiffs' December 21, 2018 Unopposed Motion for Leave to file an Amended Complaint that consolidates for settlement purposes only the action of *Harris v. Wells Fargo* and *Kerness v. Wells Fargo* (ECF No. 84);
- Plaintiffs' December 21, 2018 Unopposed Motion and Memorandum for Approval of the Parties' FLSA Collective Action Settlement (ECF No. 85);
- Plaintiffs' December 21, 2018 Unopposed Motion for Award of Attorneys' Fees, Reimbursement of Costs and Expenses, and Award of Collective Representative Service Payments (ECF No. 86);
- The Parties' December 21, 2018 Joint Motion for a Hearing on the above-mentioned Motions (ECF No. 87);
- January 18, 2019 Supplemental Declaration of Thomas M. Ryan in Support of Plaintiffs' Unopposed Motion and Memorandum for Approval of the Parties' FLSA Collective Action Settlement (ECF No. 88); and

- February 15, 2019 Supplemental Declaration of Thomas M. Ryan in Support of Plaintiffs' Unopposed Motion for Award of Attorneys' Fees, Reimbursement of Costs and Expenses, and Award of Collective Representative Service Payments (ECF No. 89).

WHEREAS, subject to approval of the Court, and for purposes of settlement only, the Parties agree to the jurisdiction of a U.S. Magistrate for ruling on Plaintiff's unopposed motion for approval of the settlement agreement and attorneys' fees, costs and collective representative service awards, currently pending before this Court (ECF Nos. 84, 85, 86, 87 and 99).

1  **IT IS SO STIPULATED.**

2

3  **ATTORNEYS FOR PLAINTIFF:**          **ATTORNEYS FOR DEFENDANT:**

4  /s/ Thomas M. Ryan                    /s/ Theresa A. Kading
   Thomas M. Ryan                        Theresa A. Kading
5  Law Office of Thomas M. Ryan          Glenn L. Briggs
   35 East Wacker Drive                  Kading Briggs LLP
6  Suite 650                             100 Spectrum Drive, Suite 800
7  Chicago, IL 60601                     Irvine, CA 92618
   (312) 726-3400                        (949) 450-8040
8  tom@tomryanlaw.com                    tkading@kadingbriggs.com
                                         gbriggs@kadingbriggs.com
9
   James X. Bormes
10 Catherine P. Sons                     Pavneet S. Uppal
   Law Office of James X. Bormes, P.C.   Shayna Helene Balch
11 8 South Michigan Avenue               Fisher & Phillips LLP
12 Suite 2600                            3200 N. Central Ave., Suite 805
   Chicago, IL 60603                     Phoenix, AZ
13 (312) 201-0575                        85012-2425
14 jxbormes@bormeslaw.com                (602) 281-3400
   cpsons@bormeslaw.com                  puppal@fisherphillips.com
15                                       sbalch@fisherphillips.com

16 Michelle R. Matheson
   Matheson & Matheson, P.L.C.           *Counsel for Wells Fargo Bank, N.A.*
17 15300 North 90th Street
   Suite 550
18 Scottsdale, AZ 85260
19 (480) 889-8951
   mmatheson@mathesonlegal.com
20
   *Counsel for Plaintiff*
21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

    I hereby certify that on March __, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Theresa A. Kading
Glenn L. Briggs
Kading Briggs LLP
100 Spectrum Center Drive, Suite 800
Irvine, CA 92618
tkading@kadingbriggs.com
gbriggs@kadingbriggs.com

Pavneet S. Uppal
Shayna Helene Balch
Fisher & Phillips LLP
3200 N. Central Ave., Suite 805
Phoenix, AZ
85012-2425
puppal@fisherphillips.com
sbalch@fisherphillips.com